359 A.2d 365
**COMMONWEALTH of Pennsylvania**
v.
**Joseph DANIEL, Appellant.**

Supreme Court of Pennsylvania.
Submitted Oct. 20, 1975.
Decided July 6, 1976.

William J. Cottrell, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.